NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARTHUR RAKOWITZ,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5038

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-391, Judge Christine O.C. Miller.

---

**ON MOTION**

---

**ORDER**

Arthur Rakowitz submits a "motion for leave to file protective order." The United States opposes.

The United States Court of Federal Claims issued a protective order in this matter on September 20, 2011. Ordinarily, this court's review is limited to the record before the Court of Federal Claims. *See* Fed. R. App. P.

10(a). If any materials filed below were subject to the Court of Federal Claim's protective order, this court's rules provide that parties must file both a confidential and non-confidential set of briefs and appendices, which are not made available to the public. *See* Fed. Cir. R. 28(d) and 30(h). To the extent that Rakowitz argues that an additional protective order is required, that motion is denied.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

MAY 0 7 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly ·
Clerk

cc: Arthur Rakowitz
    Barbara Thomas, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 7 2012

JAN HORBALY
CLERK